AO 245H   (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) — Short Form |
| MAHLON W. MANNING | CASE NUMBER: 14-po-00068-GPG |
| | Marna Lake |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded guilty to count(s)    Count I

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. §4.23(a)(1) | Operation of motor vehicle under influence of alcohol | 07/27/2014 | I |

**\*ORDER:**   Defendant to complete Level II Ed within 6 months
Community Service Imposed and found completed.
No drugs or alcohol for 6 months, testing authorized.

☒ Count(s)   II and III _____   ☐ is   ☒ are   dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 100.00 |

Defendant's Soc. Sec.: _____

Defendant's Date of: '1950

Defendant's USM No.: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

01/15/2015
Date of Imposition of Judgment

_/s/_
Signature of Judicial Officer

Gordon P. Gallagher Magistrate Judge
Name and Title of Judicial Officer

01/21/2015
Date